IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| **WTGD 105.1 FM, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.: 5:14cv00015 |
| | ) | |
| v. | ) | |
| | ) | |
| **SOUNDEXCHANGE, INC.,** | ) | By: Hon. Michael F. Urbanski |
| | ) | United States District Judge |
| **Defendant.** | ) | |
| | ) | |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that this case be **DIMISSED** without prejudice and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

        Entered: February 13, 2015

        *Michael F. Urbanski*

        Michael F. Urbanski
        United States District Judge